**Entered on Docket
January 13, 2014
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



The following constitutes the order of the court.
Signed January 13, 2014

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re                                               No. 13-46688
                                                    Chapter 13
Tommy Dumalo,

        Debtor.
_____/

**MEMORANDUM REGARDING NOTICE OF MOTION AND OPPORTUNITY FOR HEARING ON OPPOSITION TO MOTION TO EXTEND THE AUTOMATIC STAY**

On December 18, 2013, the Debtor filed the above-captioned case (Doc. 1). On December 18, 2013, the Debtor filed a document with the Court titled *Notice of Motion and Opportunity for Hearing on Opposition to Motion to Extend the Automatic Stay* (Doc. 5). The document provides notice that the Debtor has filed a motion for an order extending the automatic stay under 11 U.S.C. § 362(c)(3)(B). A motion requesting extension of the automatic stay has not been filed on the docket. After reviewing the documents filed in this case, including the *Notice of Motion*, document number 5, the Court will not take any action at this time.

                              END OF MEMORANDUM

```
 1                          COURT SERVICE LIST
 2
    Tommy Dumalo
 3  30286 Oakbrook Rd.
    Hayward, CA 94544
 4
    Martha G. Bronitsky
 5  P.O. Box 9077
    Pleasanton, CA 94566
 6
    U.S. Trustee
 7  Office of the U.S. Trustee/Oak
    1301 Clay St. #690N
 8  Oakland, CA 94612
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```

                                                                        2